[No. 33874-6-III.   Division Three.   January 26, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL MATTHEW GROVES, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 14-1-00216-4, Scott R. Sparks, J., entered December 15, 2014. *Reversed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 72734-6-I.   Division One.   January 30, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. YUSUF HAISE SHIRE, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated August 21, 2017. Substitute opinion filed. See 200 Wn. App. 1025.

[No. 72753-2-I.   Division One.   January 30, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MOHAMED IBRAHIM, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated August 21, 2017. Substitute opinion filed. See 200 Wn. App. 1025.

[Nos. 73324-9-I; 74228-1-I.   Division One.   January 30, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSICA CARDE, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 13-1-09951-5, Timothy A. Bradshaw, J., entered April 2, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Cox, JJ.